IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL SHIDNER, et al. )
)
v. ) NO. 3-13-0246
) JUDGE CAMPBELL
MATTHEW JOHN CLAUSEN, et al. )

ORDER

The parties have filed a Stipulation of Voluntary Dismissal (Docket No. 20), indicating that this action should be dismissed without prejudice. Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. The pretrial conference set for May 5, 2014, and the jury trial set for May 13, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE